UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAVID CHASMAN and HAIM SETH  :
CHASMAN,                                                    Case No. 18-cv-6681
                                                   :

        Plaintiffs,

                                                   :      **RULE 7.1 STATEMENT**

   -against-

                                                   :

JPMORGAN CHASE BANK, N.A.
CHASE BANK, and RELATED                       :
SUBSIDIARIES, successor by merger of
FIRST NATIONAL BANK OF CHICAGO,    :

        Defendants.                                          :
-----------------------------------------------------------------x

        Defendant JPMorgan Chase Bank, N.A., by its attorneys Becker, Glynn, Muffly, Chassin & Hosinski LLP, as its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that JPMorgan Chase Bank, N.A. is wholly owned by its parent corporation, JPMorgan Chase & Co., a publicly held corporation.

Dated:  New York, New York
           July 25, 2018

                                                BECKER, GLYNN, MUFFLY, CHASSIN &
                                                HOSINSKI LLP

                                                By:  _____
                                                     Andrea Likwornik Weiss
                                               299 Park Avenue
                                               New York, New York 10171
                                               Tel: (212) 888-3033
                                               aweiss@beckerglynn.com

                                               *Attorneys for Defendant*
                                               *JPMorgan Chase Bank, N.A.*