# Stuart Weichsel

Stropheus LLC
800 Third Avenue 28th FL
New York NY 10022
Stuart.Weichsel@Stropheus.com
917-562-4697(ph) 646-304-7959 (fax)

January 25, 2019

The Honorable Naomi Buchwald
U.S. District Court
500 Pearl St.
New York NY 10007

By Electronic Filing / Email

Re:  Chasman v. JPMorgan Chase Bank et al.   -  18-cv-6681-NRB Chasman v.
JPMorgan Chase Bank – Request for Extension of Time to Respond to Letter from
Counsel for Defendants Pursuant to Conversation with Chambers

Dear Judge Buchwald:

I would like to request an extension of 7 to 10 days from today to address the issues and
questions raised in the letter from counsel for defendants.

I have been engaged in state court litigation matters and I was not aware of deadlines
regarding responses to letters to Chambers.

Thank you for your consideration on this procedural matter.

Sincerely,

/signed/

Stuart Weichsel