**Stuart Weichsel**
Stropheus LLC
800 Third Avenue 28th FL
New York NY 10022
Stuart.Weichsel@Stropheus.com
917-562-4697(ph) 646-304-7959 (fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/19
```

January 25, 2019

The Honorable Naomi Buchwald
U.S. District Court
500 Pearl St.
New York NY 10007

By Electronic Filing / Email

Re: Chasman v. JPMorgan Chase Bank et al. - 18-cv-6681-NRB Chasman v. JPMorgan Chase Bank – Request for Extension of Time to Respond to Letter from Counsel for Defendants Pursuant to Conversation with Chambers

Dear Judge Buchwald:

I would like to request an extension of 7 to 10 days from today to address the issues and questions raised in the letter from counsel for defendants.

I have been engaged in state court litigation matters and I was not aware of deadlines regarding responses to letters to Chambers.

Thank you for your consideration on this procedural matter.

Sincerely,

/signed/

Stuart Weichsel

*Application granted.*
*Naomi Reice Buchwald,*
*USDJ*
*1/29/19*