```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
David Chasman, Haim Seth Chasman,

        Plaintiffs,

    - against -

JP Morgan Chase Bank, NA
Chase Bank, and related subsidiaries,
Successor by merger of First National
Bank of Chicago,

        Defendants.
----------------------------------------X

O R D E R

18 Civ. 6681(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Having reviewed the parties' pre-motion letters, dated January 10, 2019 and February 8, 2019, the Court has determined that defendant may bring its motion for judgment on the pleadings without the necessity of a pre-motion conference.  The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty (60) days elapse from the filing of defendant's motion to the filing of defendant's reply.

    **SO ORDERED.**

Dated:   New York, New York
          February 27, 2019

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE