

299 Park Avenue
New York, New York 10171

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

ATTORNEYS AND COUNSELORS AT LAW

May 30, 2019

By ECF
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Chasman, et al. v. JPMorgan Chase Bank, N.A.</u>, 18-cv-6681 (NRB)

Dear Judge Buchwald:

    This firm represents defendant JPMorgan Chase Bank, N.A. ("JPMCB") in the above-referenced action. On behalf of JPMCB and plaintiffs David Chasman and Haim Seth Chasman (together, "Plaintiffs"), we write to inform the Court that the parties have conferred and agreed upon the following briefing schedule for the two motions that Your Honor directed the parties to proceed to file: (i) Plaintiffs' moving papers on their motion to amend the complaint shall be filed on or before July 5, 2019; (ii) JPMCB's opposition to the motion to amend and its moving papers on its motion for judgment on the original pleadings shall be filed on or before August 2, 2019; (iii) Plaintiffs' opposition to JPMCB's motion for judgment on the pleadings and their reply on the motion to amend shall be filed on or before August 28, 2019; and (iv) JPMCB's reply on the motion for judgment on the pleadings shall be filed on or before September 13, 2019.

    Respectfully submitted,

    */s/ Gregory P. Feit*

    Gregory P. Feit and
    Andrea Likwornik Weiss

cc: Counsel of Record (via ECF)