UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DAVID CHASMAN and HAIM SETH
CHASMAN,

     Plaintiffs,

  -against-

JPMORGAN CHASE BANK, N.A.
CHASE BANK, AND RELATED
SUBSIDIARIES, successor by merger of
FIRST NATIONAL BANK OF CHICAGO,

     Defendants.
_____

No. 18-cv-6681 (NRB)

NOTICE OF MOTION

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; the accompanying Declaration of Laura L. Deck dated August 2, 2019, and the exhibits annexed thereto; the accompanying Declaration of Richard Farmer dated August 2, 2019, and the exhibits annexed thereto; the accompanying Declaration of Andrea Likwornik Weiss dated August 2, 2019, and the exhibits annexed thereto; and all prior pleadings and proceedings had herein, defendant JPMorgan Chase Bank, N.A. ("Chase") will move this Court, as soon as counsel may be heard, for an order for judgment on the pleadings in this action (the "Motion"), pursuant to Federal Rule of Civil Procedure 12(c), and for such other and further relief as the Court deems just and proper.

  PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule agreed upon by the parties and established by the Court's Order dated June 3, 2019 (ECF No. 30), plaintiffs' papers in opposition to the Motion are to be filed on or before August 28, 2019, and Chase's reply papers in further support of the Motion are to be filed on or before September 13, 2019.

Dated: August 2, 2019
New York, New York

                                                BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

                                                */s/ Andrea Likwornik Weiss*
                                          By: _____
                                                 Andrea Likwornik Weiss
                                                 Gregory P. Feit
                                          299 Park Avenue
                                          New York, New York 10171
                                          Tel: (212) 888-3033
                                          aweiss@beckerglynn.com
                                          gfeit@beckerglynn.com

                                          *Attorneys for Defendant*
                                          *JPMorgan Chase Bank, N.A.*

TO:    STROPHEUS LLC
         Stuart Weichsel, Esq.
         830 Third Avenue, 28th Fl.
         New York, New York 10022
         Tel: (917) 562-4697
         Stuart.Weichsel@Stropheus.com

         *Attorneys for Plaintiffs*