UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID CHASMAN and HAIM SETH
CHASMAN,

            Plaintiffs,

    -against-

JPMORGAN CHASE BANK, N.A.
CHASE BANK, AND RELATED
SUBSIDIARIES, successor by merger of
FIRST NATIONAL BANK OF CHICAGO,

            Defendants.

No. 18-cv-6681 (NRB)

DECLARATION OF
LAURA L. DECK

---

    LAURA L. DECK, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

    1.    I am a Vice President, Product Manager Senior, for JPMorgan Chase Bank, N.A ("Chase"). My responsibilities include managing Chase's account agreements.

    2.    This affidavit is based upon my review of records and files maintained by Chase in the ordinary course of its business.

    3.    Annexed hereto as Exhibit 1 is a true and correct copy of the Chase Deposit Account Agreement ("DAA") that went into effect with respect to Certificate of Deposit accounts at Chase as of July 20, 2008. The DAA is also sometimes referred to as the "Account Rules and Regulations."

    4.    Annexed hereto as Exhibit 2, Exhibit 3, Exhibit 4, Exhibit 5, Exhibit 6, and Exhibit 7 are updated versions of the DAA dated December 31, 2008, January 1, 2011, February 1, 2012, March 24, 2013, March 23, 2014, and March 13, 2016, respectively.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed in Columbus, Ohio on August 2, 2019.

_____
LAURA L. DECK