# EXHIBIT 2

**JPMorgan Chase Bank, N.A.**
Custodian

## TRADITIONAL IRA ELECTION OF PAYMENT BY BENEFICIARY

Use this form to request a withdrawal from a Traditional IRA, Traditional Rollover IRA (Conduit), SEP, or SARSEP due to the death of a participant. To facilitate payment, a copy of the death certificate must be submitted with this request. Additional information may be required, including but not limited to letters of appointment or authority issued by a court of proper jurisdiction (applies to Estates only), properly executed inheritance or Estate tax waiver forms issued by the appropriate department (if applicable), and/or a copy of the Trust document. A separate form must be submitted for each beneficiary. To submit new instructions for a systematic sell of mutual funds held in your retirement brokerage account, complete a Mutual Fund Systematic Request. To change existing instructions for a systematic sell of mutual funds held in your retirement brokerage account, complete a Systematic Change Request.

### I. Participant Information

| Participant Name (First) | (Middle Initial) | (Last) | | |
|---|---|---|---|---|
| Rose | Ann | Chasman | | |
| Street Address | City | | State | Zip Code |
| 2604 W. Jarvis | Chicago | | IL | 60645 |
| Social Security Number | Date of Birth | Date of Death | Residency Status | |
| [redacted] | 1938 | 08/24/2007 | ☒ US Citizen  ☐ Resident Alien  ☐ Non-Resident Alien | |

Plan Type: ☒ Traditional IRA  ☐ Traditional Rollover IRA (Conduit)  ☐ SEP  ☐ SARSEP
Request Type: ☐ New request  ☐ Change of existing instruction

### II. Beneficiary Information

| Beneficiary Name (First) | (Middle Initial) | (Last) | | |
|---|---|---|---|---|
| Haim | Seth | Chasman | | |
| Street Address | City | | State | Zip Code |
| 548 Cumberland Street | Englewood | | NJ | 07631 |
| Social Security/Taxpayer ID Number | Date of Birth, if applicable | Daytime Phone Number | Residency Status | |
| [redacted] | 1969 | 917-562-5664 | ☒ US Citizen  ☐ Resident Alien  ☐ Non-Resident Alien | |

Type of Beneficiary: ☒ Individual  ☐ Estate  ☐ Trust  ☐ Charity  ☐ Other _____
Name of Executor, Trustee, Charity Representative, if applicable

*See Attached Addendum*

### III. Election of Payment (Election options are based on the separate accounting rules. Consult your tax advisor.)

| Elections Available to All Beneficiaries | I elect to:<br>☐ Receive an immediate total distribution in one lump sum.<br>☐ Receive an immediate partial distribution of $ _____ with the balance to be distributed as selected below. |
|---|---|
| Sole Beneficiary Is the Spouse | The participant died **before** their Required Beginning Date* and I elect to:<br>☐ Receive distributions beginning no later than December 31 of the calendar year in which the participant would have reached age 70 ½ or December 31 of the calendar year after the year of the participant's death (check one):<br>   ☐ Over my single life expectancy<br>   ☐ Over _____ years (not to exceed my single life expectancy)<br>☐ Assume the deceased participant's plan as my own.<br><br>The participant died **on or after** their Required Beginning Date* and I elect to:<br>☐ Receive distributions beginning no later than December 31 of the calendar year after the year of the participant's death (check one):<br>   ☐ Over my single life expectancy<br>   ☐ Over _____ years (not to exceed the longer of my single life expectancy or the single life expectancy of the decedent)<br>☐ Assume the deceased participant's plan as my own. I understand that the decedent's required minimum distribution must be withdrawn prior to assuming the IRA. I authorize the payment of any remaining required minimum distribution amount to me. |

N15199 (07/07)    Distribution: 1 Copy - Retirement Services FL2-3319
                              1 Copy - Participant                                        Page 1 of 3

| | |
|---|---|
| **Non-spouse Individual Beneficiary(ies) or Spouse Who Is Not the Sole Beneficiary** | The participant died **before** their Required Beginning Date* and I elect to receive distributions beginning no later than December 31 of the calendar year after the year of the participant's death (check one): ~~☐ Over my single life expectancy~~ *SEE ATTACHED ADDENDUM* ~~☐ Over ___ years (not to exceed my single life expectancy)~~<br><br>The participant died **on or after** their Required Beginning Date* and I elect to receive distributions beginning no later than December 31 of the calendar year after the year of the participant's death (check one):<br>☐ Over my single life expectancy<br>☐ Over ___ years (not to exceed the longer of my single life expectancy or the single life expectancy of the decedent) |
| **Beneficiary Is Estate, Trust, or Charity** (additional documentation is required) | ☐ The participant died **before** their Required Beginning Date* and I elect to receive distributions over ___ years (not to exceed five years which ends on December 31 of the calendar year which contains the fifth anniversary of the participant's death).<br>☐ The participant died **on or after** their Required Beginning Date* and I elect to receive distributions over ___ years (not to exceed the remaining single life expectancy of the deceased particpant).<br>☐ I elect to receive periodic distributions according to the rules applicable to a Trust with one or more designated beneficiaries. |

* Required Beginning Date is April 1 of the calendar year following the year the participant attained or would have attained age 70½.

Rose Ann Chasman

## IV. Withholding Election

Distributions from a Traditional IRA, Traditional Rollover IRA (Conduit), SEP or SARSEP are subject to Federal and, in some cases, State income tax withholding. Unless you elect otherwise below, 10% of your distribution amount must be withheld in prepayment of Federal income taxes. This election will remain in effect until revoked in writing, by you. If applicable, State income tax must be withheld according to requirements for your state of residence. Several states require withholding from your distribution if you are subject to Federal income tax withholding (DE, IA, KS, ME, MA, NC, OK, OR, VT) and may require that a separate election form be completed. Consult your tax advisor for additional information regarding State income tax withholding.

**Please note the following if you are requesting payment to be sent outside the United States:**
- If you are a U.S. Citizen living abroad, you are not able to opt out of Federal income tax withholding and a rate of 10% will be withheld unless a greater amount is indicated.
- If you are a non-resident alien and opting out of withholding, a completed Form W-8BEN must accompany this form in order to comply with the tax treaty for your country of permanent residence.

**Caution:** There are penalties for not paying enough federal income taxes during the year, either through withholding from distributions or by making estimated tax payments. For more information regarding estimated federal income tax requirements and penalties, please see Publication 505, Tax Withholding and Estimated Tax, available from most IRS offices or on line at www.irs.ustreas.gov.

Regarding **Federal income tax withholding**, I elect to have (check one):
☐ No Federal income tax withheld from my distributions.
☐ ___% withheld (must be 10% or greater)
☐ $_____ withheld (amount must be 10% or more of the distribution amount)

Regarding **State income tax withholding**, I understand the withholding requirements for my state of residence and hereby elect to have (check one):
☐ No State income tax withheld from my distributions or I certify that I am not subject to State tax withholding.
☐ ___% withheld
☐ $_____ (amount) withheld
☐ ___% of federal withholding amount withheld

I further understand that certain states require withholding of either 1) a specific **minimum** percent of my distribution or federal withholding amount, or 2) an amount in whole dollars only. By signing below, I authorize the Custodian to adjust the withholding amount or percent requested above to meet those requirements, if applicable.

**Traditional IRA Election of Payment by Beneficiary**
(Continued)

Rose Ann Chasman

## V. Payment Instructions

### A. Instructions Regarding Non-FDIC Investments
(Complete this section only if non-FDIC investments must be used to fund this withdrawal.)

☐ If the plan holds brokerage assets, I hereby direct that the asset(s) listed below be liquidated and distributed.

☐ If the plan holds brokerage assets, I hereby direct that my share of the asset(s) listed below be journaled from the Decedent's IRA to my Beneficiary IRA.

| Brokerage Account Number | Position Description or CUSIP # | # of Shares | All Shares |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

Attach additional sheet if necessary.

### B. Instructions Regarding Retirement CDs and Money Market Accounts
1. Payments are to be made: ☐ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually
2. Begin payments on _____.
3. Payments are to be (check one and complete requested information):
   ☐ Deposited to my Chase ☐ checking or ☐ savings account # _____
   ☐ Paid by check to me at the address listed above
   ☐ Deposited to my ☐ checking or ☐ savings account # _____ at _____

Financial Institution's Name _____    Institution's Routing Transit Number _____

Mailing Address _____    City, State Zip _____
(A voided check or savings account form is required.)

## VI. Beneficiary Acknowledgement

The Custodian is authorized and directed to distribute from my share of the deceased's IRA in the manner requested above. I have received, read and agree to the terms that govern my share as contained in the IRA Custodial Agreement and Disclosure Statement and *Account Rules and Regulations*. I acknowledge that there may be fees associated with the liquidation of certain investments including early withdrawal penalties. I understand that I am responsible for ensuring that there are sufficient funds for these distributions. I understand that these distributions can have important tax consequences and that these distributions, and any tax withholding if applicable, will be reported to the IRS on Form 1099-R. I understand that I should consult a legal, accounting or tax advisor for questions. I assume full responsibility for the consequences of this election and the resulting distributions. I certify that no tax or legal advice has been given to me by the Custodian. All decisions regarding this election are my own and I hold the Custodian harmless of any resulting liabilities.

X _Haim J. Chasman_   9/9/08
Signature of Beneficiary/Guardian    Date

X _Nayani Young_ 09/09/08
Accepted by JPMorgan Chase Bank, N.A. (Custodian)    Date

Notary (required if not completed in branch)
State of _____
County of _____
Subscribed and sworn to me _____ Date
Notary Signature _____

**REQUIRED BRANCH/DEPARTMENT INFORMATION**

| Bank No. | Mail Code | Cost Center No. | Date 09/08/08 |
| Employee Name |  | Employee No. | Telephone No. |

N15199 (12/2006)   Distribution: 1 Copy - Retirement Services FL2-3319
1 Copy - Participant   Page 3 of 3

Haim Chasman<br>
548 Cumberland Street<br>
Englewood, NJ 07631<br>
+1 917 <s>238-7500</s> 562-5664<br>
hchasman@kablanplumbing.com<br>
September 8, 2008

JP Morgan Chase Bank N.A.

Subject : Addendum to form N15199 for Rose Ann Chasman IRA.

Dear Madam or Sir :

Please transfer the IRA of my mother, Rose Ann Chasman, deceased, to myself and my brother, David Chasman. These contract bear a coupon or <u>12%</u> or so, which we expect to be transferred to us ( 50% to each of us ). Any distributions necessary to satisfy minimum withdrawal rules will be explicitly requested by us individually. If you are for any reason unable to comply with this request, please contact me.

Thank You.

*[signature: Haim J. Chasman]*

Haim Chasman