# EXHIBIT 5

# CHASE ○

Customer Service Ctr
P O Box 659747
San Antonio TX 78265-9747

85422 RSI 111 031 36511 - NNNNNNNNNNN
CHASMAN DAVID
BENE OF ROSE ANN CHASMAN
535 W 110TH ST
APT 3A
NEW YORK NY 10025-0000

*January 1, 2011 through December 31, 2011*

Page 1 of 2

## RETIREMENT PLAN

### Customer Service Information

| Service Center: | **1-800-935-9935** |
|---|---|
| Hearing Impaired: | **1-800-242-7383** |
| Para Espanol: | **1-877-312-4273** |



**Traditional IRA (_____692)   CHASMAN DAVID**

### RETIREMENT CD

Account # ████ 5477

| | | | |
|---|---|---|---|
| **Principal Balance as of 01/01:** | $54,155.66 | Term: | 00056 Months |
| Credits/Deposits: | $4,353.98 | Maturity Date: | 01/30/12 |
| **Principal Balance as of 12/31[1]:** | $58,509.64 | Interest Rate as of 12/31: | 12.000% |
| Interest Earned Not Yet Paid [2] | $805.81 | Interest Paid This Period: | $4,353.98 |
| **Ending Value as of 12/31:** | $59,315.45 | | |

*[1] This Fair Market Value is being furnished to the Internal Revenue Service.*

*[2] Interest earned between the last interest payment date and 12/31/11.*

### Transaction Detail

Account # ████ 5477

| Date | Description | Credits/Deposits | Debits/Withdrawals |
|---|---|---|---|
| 10/30 | Interest Paid | $4,353.98 | |
| **Total** | | **$4,353.98** | **$0.00** |

85422 RSI 111 031 36511

# CHASE ○

CHASMAN DAVID

*January 1, 2011 through December 31, 2011*

Page 2 of 2

**This Page Intentionally Left Blank**

85422 RSI 111 031 36511