# EXHIBIT 6

## CHASE

Customer Service Ctr
P O Box 659747
San Antonio  TX 78265-9747

*January 1, 2012 through June 30, 2012*

Page 1 of 2

### RETIREMENT PLAN

**Customer Service Information**

| | |
|---|---|
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |

85927 RSI 111 031 18512 • NNNNNNNNNNN
CHASMAN DAVID
BENE OF ROSE ANN CHASMAN
535 W 110TH ST
APT 3A
NEW YORK NY 10025-0000



Traditional IRA (#        1692)        CHASMAN DAVID

RETIREMENT CD                                                                 Account #        8477

| | | | |
|---|---|---|---|
| **Principal Balance as of  01/01:** | $38,509.64 | Term: | 00036 Months |
| Credits/Deposits: | $1,182.38 | Maturity Date: | 01/30/15 |
| **Principal Balance as of  06/30:** | $39,692.02 | Interest Rate as of  06/30: | 0.350% |
| Interest Earned Not Yet Paid [1]: | $58.28 | Interest Paid This Period: | $1,182.38 |
| **Ending Value as of  06/30:** | $39,750.30 | | |

[1] *Interest earned between the last interest payment date and  06/30/12.*

Transaction Detail                                                             Account #        8477

| Date | Description | Credits/Deposits | Debits/Withdrawals |
|---|---|---|---|
| 01/30 | Interest Rate/Maturity Date | | |
| 01/30 | Interest Paid | $1,182.38 | |
| **Total** | | **$1,182.38** | **$0.00** |



CHASMAN DAVID                                       *January 1, 2012 through June 30, 2012*

Page 2 of 2

### Good news! We will now send you Retirement Plan statements twice a year

Starting July 1, 2012, you will receive two statements per year for your Retirement Plan account. Your mid-year statement will show transactions from January through June, and your year-end statement will show transactions from July through December. Previously, we sent only one statement a year. Please keep the statements for your records.

We hope you find this change helpful in managing your account. If you have any questions, please call us at the number on this statement or visit a Chase branch.