# **EXHIBIT 7**



Customer Service Ctr
P O Box 659747
San Antonio  TX 78265-9747

*January 1, 2011 through December 31, 2011*

Page 1 of 2

## RETIREMENT PLAN

### Customer Service Information

| | |
|---|---|
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | **1-800-242-7383** |
| Para Espanol: | **1-877-312-4273** |

106243 RSI 111 031 36511 - NNNNNNNNNNNN
CHASMAN HAIM
BENE OF ROSE ANN CHASMAN
548 CUMBERLAND STREET
ENGLEWOOD NJ 07631-0000



### Traditional IRA (#████8639)    CHASMAN HAIM

**RETIREMENT CD**                                                                                      Account #████2413

| | | | |
|---|---|---|---|
| **Principal Balance as of 01/01:** | $31,077.54 | Term: | 00036 Months |
| Credits/Deposits: | $3,961.59 | Maturity Date: | 01/30/12 |
| **Principal Balance as of 12/31**[1]**:** | $35,039.13 | Interest Rate as of 12/31: | 12.000% |
| Interest Earned Not Yet Paid [2] | $4,091.79 | Interest Paid This Period: | $3,961.59 |
| **Ending Value as of 12/31:** | $39,130.92 | | |

[1] *This Fair Market Value is being furnished to the Internal Revenue Service.*

[2] *Interest earned between the last interest payment date and 12/31/11.*

### Transaction Detail                                                                                 Account #████2413

| Date | Description | Credits/Deposits | Debits/Withdrawals |
|---|---|---|---|
| 01/30 | Interest Paid | $3,961.59 | |
| Total | | $3,961.59 | $0.00 |



CHASMAN HAIM

*January 1, 2011 through December 31, 2011*

Page 2 of 2