# EXHIBIT 8

# CHASE

Customer Service Ctr
P O Box 659747
San Antonio  TX 78265-9747

*January 1, 2012 through June 30, 2012*

Page 1 of 2

## RETIREMENT PLAN

### Customer Service Information

| | |
|---|---|
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |

106528 RSI 111 031 18512 - NNNNNNNNNNNN
CHASMAN HAIM
BENE OF ROSE ANN CHASMAN
548 CUMBERLAND STREET
ENGLEWOOD NJ 07631-0000



Traditional IRA (#         8639)        CHASMAN HAIM

### RETIREMENT CD                                                                 Account #        2413

| | | | |
|---|---|---|---|
| **Principal Balance as of 01/01:** | $35,039.13 | Term: | 00036 Months |
| Credits/Deposits: | $4,466.60 | Maturity Date: | 01/30/15 |
| **Principal Balance as of 06/30:** | $39,505.73 | Interest Rate as of 06/30: | 0.350% |
| Interest Earned Not Yet Paid [1]: | $58.00 | Interest Paid This Period: | $4,466.60 |
| **Ending Value as of 06/30:** | $39,563.73 | | |

[1] *Interest earned between the last interest payment date and 06/30/12.*

### Transaction Detail                                                            Account #        2413

| Date | Description | Credits/Deposits | Debits/Withdrawals |
|---|---|---|---|
| 01/30 | Interest Rate/Maturity Date | | |
| 01/30 | Interest Paid | $4,466.60 | |
| **Total** | | **$4,466.60** | **$0.00** |



CHASMAN HAIM *January 1, 2012 through June 30, 2012*

Page 2 of 2

### Good news! We will now send you Retirement Plan statements twice a year

Starting July 1, 2012, you will receive two statements per year for your Retirement Plan account. Your mid-year statement will show transactions from January through June, and your year-end statement will show transactions from July through December. Previously, we sent only one statement a year. Please keep the statements for your records.

We hope you find this change helpful in managing your account. If you have any questions, please call us at the number on this statement or visit a Chase branch.