UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID CHASMAN and HAIM SETH
CHASMAN,

        Plaintiffs,

  -against-

JPMORGAN CHASE BANK, N.A.
CHASE BANK, AND RELATED
SUBSIDIARIES, successor by merger of
FIRST NATIONAL BANK OF CHICAGO,

        Defendants.

No. 18-cv-6681 (NRB)

DECLARATION OF
ANDREA LIKWORNIK WEISS

---

ANDREA LIKWORNIK WEISS, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner in Becker, Glynn, Muffly, Chassin & Hosinski LLP, attorneys for defendant JPMorgan Chase Bank, N.A. ("Chase"). I make this declaration to submit to the Court documents relevant to Chase's motion for judgment on the original pleadings, and to Chase's opposition to the motion of plaintiffs David and Haim Seth Chasman (together, "Plaintiffs") for leave to file a proposed amended complaint. All of the documents annexed hereto are publicly available filings.

2. Annexed as Exhibit 1 is a copy of Plaintiffs' summons and complaint in this action, having originally been filed in New York State Supreme Court on March 12, 2018 and made applicable to this action by Chase's Notice of Removal dated July 25, 2018.

3. Annexed as Exhibit 2 is a copy of Chase's answer in this action, filed on August 1, 2018.

4.  Annexed as Exhibit 3 is a copy of the amended summons and complaint that Plaintiffs filed on March 2, 2017 in a separate, prior action before this Court entitled *Chasman, et al. v. JPMorgan Chase Bank, N.A., et al.*, No. 17-cv-1210 (NRB).

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed in New York, New York on August 2, 2019.

*/s/ Andrea Likwornik Weiss*
ANDREA LIKWORNIK WEISS