

NEW YORK STATE
DEPARTMENT *of*
FINANCIAL SERVICES

Andrew M. Cuomo
Governor

Benjamin M. Lawsky
Superintendent

July 22, 2014

David Chasman
535 W. 110th #3a
New York, NY 10025

Re: Complaint No. BKC-2014-1041385

Dear David Chasman:

The New York State Department of Financial Services (DFS) has received the attached response to your complaint against JPMorgan Chase Bank, N.A. Our review of the complaint and the response indicates that this is not a matter that DFS is able to resolve because we cannot compel JPMorgan Chase Bank to provide you with the relief you seek.

Although we regret that we were not able to resolve your dispute, please note that DFS reviews complaints to gather information on compliance with law and to detect patterns of wrongdoing and/or fraud. Therefore, your complaint will be kept on file for future reference regarding this institution and related activities in the industry.

Thank you for bringing this matter to our attention.

Sincerely,

A. Gupta

Anita Gupta
Senior Bank Examiner
Consumer Assistance Unit
Financial Frauds & Consumer Protection Division



# New York State Department of Financial Services

## Consumer

### Consumer Complaint Information

Your complaint has been successfully submitted to our Consumer Assistance Unit!

Your Complaint No. is: BKC-2014-1041385

New York State Department of Financial Services

If your complaint involves a claim made under Medicare or a Medicare HMO, you have 60 days from receipt of the Medicare Explanation of Benefits or 60 days from receipt of the Medicare HMO Notice of Initial Determination to file a written appeal. Please refer to these documents for details or contact the Social Security Administration.

If your complaint involves the denial of a claim as either not medically necessary, cosmetic or as experimental/ investigational, you have 45 days from receipt of adverse determination to file an internal appeal with insurer. We strongly recommend that you undertake this action, as failure to do so will nullify your right to a possible External Appeal in the future. Instructions on how to initiate the internal appeal should have been included with the notice of adverse determination. If you have already appealed internally and have received a final adverse determination, you have 45 days from receipt to request an External Appeal. The application form and instructions should have been included with the final adverse determination notification.

| Click to Print This Form |

### Consumer Complaint Form print out

| | | |
|---|---|---|
| Are you a representative filing out this form for someone else? | | No |
| I authorize the entity or individual named in this complaint to furnish to the Department of Financial Services any information related to this matter. | | Yes |
| What is your name? | Business Name: | |
| | First Name: | David |
| | Middle Name: | |
| | Last Name: | Chasman |
| What is your address? | Address 1: | 535 W. 110th #3A |
| | Address 2: | |
| | Zip: | 10025 |
| | City: | New York |
| | State: | NY |
| | Is address outside of the US? | No |
| | Phone: | 9172387500 |
| | Fax: | 212-918-9277 |
| | eMail: | david.chasman@gmail.com |
| What is the name of the person/entity you are complaining about? | Business Name: | JP Morgan Chase Bank NA |
| | First Name: | |
| | Last Name: | |
| | Address: | |
| | Zip: | 10017 |
| | City: | New York |
| | State: | NY |

| | |
|---|---|
| Which product or service best describes your complaint? | Bank Account |
| What was the date of the transaction? | 01/31/2012 |
| If you lost money, how much money did you lose? | $ 10000 |
| What method did you use to pay? | Certificate of Deposit |
| What is the date of your complaint to the company? | 04/26/2012 |
| Who did you speak to/contact at the company? | Name: Various Persons<br>Title: |
| What was the company's response to you? | Multiple explanations which all boil down to "this is our policy", without providing any justification or documentation |
| Was the product or service advertised? | No |
| Did you sign a contract? | No |
| Has this matter been submitted to another agency or to an attorney? | Yes |
| Is a court action pending for this matter? | No |
| What do you think would be a fair resolution to your complaint? | Restitution of back interest and contractual rate going forward |
| How were you referred to the Department of Financial Services? | suggested by a relative |
| Please enter the details of your complaint here | My mother RoseAnn Chasman passed away in 2007. My brother (Haim Chasman) and I inherited an IRA from her that consisted of a CD that automatically renewed every three years at a fixed rate of 12%. After considerable effort, the bank gave us the agreed upon rate for the balance of the three year term and renewed it once again in 2009 for an additional three year term which ended in January 2012. Without providing notice the bank renewed the CD at their then current rate and we have spent the past year and a half disputing this with them. They have provided multiple explanations as to why, and this keeps changing every time we send them another letter. They have even offered a settlement but continue to impose deadlines as though they do not want us to explore our rights under the law. The account numbers are : #0500072062413 (Haim Chasman) #0500072738477 (David Chasman) We would appreciate your assistance in getting Chase to honor their contract with my mother and with us. |

| File Name | File Size | File Content Type |
|---|---|---|
| Chase041713.docx | 14 KB | application/vnd.openxmlformats-officedocument.wordprocessingml.document |
| Chase041713.pdf | 144 KB | application/pdf |
| Chase051413.pdf | 96 KB | application/pdf |
| Chase061113.pdf | 101 KB | application/pdf |
| ChaseResponse020513.pdf | 19 KB | application/pdf |
| ChaseResponse031913.pdf | 33 KB | application/pdf |
| ChaseResponse042612.pdf | 30 KB | application/pdf |
| ChaseResponse050713.pdf | 18 KB | application/pdf |
| ChaseResponse060413.pdf | 25 KB | application/pdf |
| ChaseResponse062013.pdf | 777 KB | application/pdf |
| ChaseResponse072312.pdf | 76 KB | application/pdf |
| ChaseSupportingDocuments.pdf | 96 KB | application/pdf |