**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
David Chasman, Haim Seth Chasman,

                Plaintiffs,

-against-

JP Morgan Chase Bank, NA
Chase Bank, and related subsidiaries, successor by
Merger of First National Bank of Chicago,

                Defendants.
------------------------------------------------------------X

18 **CIVIL** 6681 (NRB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated January 13, 2020, defendant's motion for judgment on the pleadings is granted and plaintiffs' motion for leave to amend is denied; plaintiffs' complaint is accordingly dismissed with prejudice, and this case is closed.

**Dated:** New York, New York
         January 15, 2020

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/15/2020