UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| David Chasman, Haim Seth Chasman;<br>Plaintiffs<br><br>v.<br><br>JPMorgan Chase Bank, NA<br>Chase Bank, and related subsidiaries,<br>Successor by merger of First National<br>Bank of Chicago<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE 1:18-CV-06681 – NRB |
|---|---|---|

[Notice is hereby given/Please take notice] that David Chasman and Haim Seth Chasman (plaintiff appellants) hereby appeal to the United States Court of Appeals for the SECOND Circuit from the the MEMORANDUM & ORDER of Naomi Reice Buchwald, entered in this action on January 14th, 2020.

Respectfully submitted,

/s/  Stuart Weichsel

Stropheus LLC

800 Third Avenue, 28th

New York NY 10022

Attorney for Plaintiff
917-562-4697
 Stuart.Weichsel@Stropheus.com
646-304-7959 (fax)
NY State Bar Number - 2630655