1:18-cv-06681-NRB

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty.

Before:  Ralph K. Winter
         *Circuit Judge.*

_____

David Chasman, Haim Seth Chasman,

       Plaintiffs - Appellants,

v.

JPMorgan Chase Bank, N.A., Chase Bank, and Related Subsidiaries, successor by merger of First National Bank of Chicago,

       Defendant - Appellee.

_____

**ORDER**

Docket No. 20-593

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2020

Appellants move the Court to recall its mandate and reinstate this appeal which was dismissed on a briefing default. Appellee opposes the motion.

IT IS HEREBY ORDERED that the motion to recall the mandate and reinstate the appeal is GRANTED. Appellee must file a scheduling notification within 14 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/22/2020